CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ADIB EDDIE RAMEZ MAKDESSI,** | ) CASE NO. 7:13CV00537 |
| | ) |
| **Plaintiff,** | ) |
| | ) **FINAL ORDER** |
| v. | ) |
| | ) |
| **UNNAMED DEFENDANTS,** | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| **Defendant(s).** | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for immediate injunctive relief is **DENIED**, this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), and this action is stricken from the active docket of the court.

**ENTER:** This 25th day of November, 2013.

/s/ Glen Conrad
Chief United States District Judge