CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 25 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) | CASE NO. 7:13CV00537 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| UNNAMED DEFENDANTS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for immediate injunctive relief is **DENIED**, this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), and this action is stricken from the active docket of the court.

ENTER: This 25th day of November, 2013.

_____
Chief United States District Judge